### LIAS v. STATE.
No. 22320.

Court of Criminal Appeals of Texas.

Dec. 9, 1942.

Harvey P. Shead, of Longview, for appellant.

Spurgeon E. Bell, State's Atty., of Austin, for the State.

DAVIDSON, Judge.

The conviction is for theft of cattle. The penalty assessed is confinement in the state penitentiary for a period of three years.

The record is before us without a statement of facts or bills of exception, in the absence of which no question has been presented for review.

The judgment of the trial court is affirmed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the Court.

### LIAS v. STATE.
No. 22321.

Court of Criminal Appeals of Texas.

Dec. 9, 1942.

Harvey P. Shead, of Longview, for appellant.

Spurgeon E. Bell, State's Atty., of Austin, for the State.

GRAVES, Judge.

The conviction is for the theft of one head of cattle; the penalty assessed is confinement in the State penitentiary for a term of five years.

No statement of facts or bills of exceptions appear in the record, in the absence of which no question has been presented for review by this court. The indictment and all matters of procedure appear regular.

The judgment of the trial court is affirmed.